UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LUIS VALDES-MIRO,

Petitioner,

v.

I.N.S. SERVICE and
CONSTANCE REESE, Warden,

Respondents.

Civil No. 01-1601 (MJD/ESS)

**ORDER**

Petitioner, an inmate at the Federal Medical Center in Rochester, Minnesota, has filed an application for habeas corpus relief under 28 U.S.C. § 2241, claiming that he being is confined in violation of his rights under federal law and the U.S. Constitution.

Respondents are directed to make a return in writing within 20 days from the date of this order, certifying the true cause of Petitioner's confinement and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement;

2. A reasoned memorandum of law and fact explaining why Respondents believe the writ should not be granted, and setting forth Respondents' recommendation as to whether an evidentiary hearing should be conducted in this matter; and

3. Certified copies of all prison records, immigration records, or other documents that may be relevant to the issues raised by the petition.

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

The Court will entertain a motion to grant the relief requested in the Petition if the written return contemplated by this Order is not timely filed.

Also before the Court at this time is Petitioner's self-styled application for leave to proceed in forma pauperis, ("IFP"). (Docket No. 3.) The Court finds that Petitioner is financially eligible for IFP status, and his IFP application will therefore be GRANTED.

Based on the foregoing, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** Respondents shall file a written return to Petitioner's habeas corpus petition consistent with the requirements of this order within 20 days from the date of this order.

**IT IS FURTHER ORDERED THAT** Petitioner's Application for leave to proceed in forma pauperis, (Docket No. 3), is GRANTED.

Dated: September 11, 2001

E.S. Swearingen

E.S. SWEARINGEN,
United States Magistrate Judge