**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**St. Paul, Minnesota**

# NOTICE TO COUNSEL

Civil Case No.: 0:01cv1601 (MJD/ESS)

Valdes-Miro
v.
INS

**IN RE: Notice of Reassignment of Magistrate Judge - NEW** 0:01cv1601 (MJD/JGL)

**AT THE COURT'S DIRECTION,** the Clerk of Court is directed to refer the above entitled case to **Chief U. S. Magistrate Judge Jonathan G. Lebedoff** to handle magistrate judge proceedings in this case.

If you have questions or concerns regarding this reassignment, please direct your inquiries to Mary Lenner at 612-664-5120.

**DATED: June 17, 2002**

Richard D. Sletten

**Richard D. Sletten, Clerk**

**FILED 6/17/2002**
**Richard D. Sletten, Clerk**
**DEPUTY CLERK** JGS

10