UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LUIS VALDEZ-MIRO

Plaintiff,

ORDER

v.

Civil No.: 01-1601 (MJD/JGL)

IMMIGRATION AND NATURALIZATION SERVICE and CONSTANCE REESE,

Defendants.

---

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Base upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceeding herein,

IT IS HEREBY ORDERED THAT:

1. Petitioner's motion for voluntary dismissal [docket # 9] is **GRANTED.**

2. This action is **DISMISSED WITHOUT PREJUDICE.**

Dated: 7-31-02

MICHAEL J. DAVIS, Judge
United States District Court

FILED 7-31-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK